# Civil Complaint

## In The United States District Court
## For The Middle District of Pennsylvania

Plaintiffs

1) Joshua Hall ID #104525
501 Mall Road Harrisburg, PA 17111-1299
2) Eric Heilner ID #110602
501 Mall Road Harrisburg, PA 17111-1299
3) Darrell Jesse Rivera ID #111844
501 Mall Road Harrisburg, PA 17111-1299
4) Johnny Quinones ID #879685
501 Mall Road Harrisburg, PA 17111-1299
5) Joseph Bryan Dantzler-Harris ID #099951
501 Mall Road Harrisburg, PA 17111-1299
6) Aaron Cunagin ID #105519
501 Mall Road Harrisburg, PA 17111-1299
7) Joey Hoffman ID #111845
501 Mall Road Harrisburg, PA 17111-1299
8) Skylar Vandevander ID #113523
501 Mall Road Harrisburg, PA 17111-1299

On behalf of ourselves and all other similarly situated individuals

vs.

Defendants

United States Department of Justice ⟶ turn pg

FILED
HARRISBURG, PA
JUN 02 2025
PER ___MA___
DEPUTY CLERK

2) Attorney General of The United States, in their official capacity
3) Bureau of Alcohol, Tobacco, Firearms and Explosives
4) Director of The Bureau of Alcohol, Tobacco, Firearms and Explosives in their official capacity

To Be Filed Under: ___ 42 U.S.C. § 1983 - State Official
                    ✓ 28 U.S.C. § 1331 - Federal Official

# I. Previous Lawsuits

Plaintiffs Joshua Hall and Eric Heitner currently have 4 pending civil cases: 2 in The United States District Court For The District of Columbia (Filed on April 15th, 2025 and April 21st, 2025, respectively), 1 in The United States District Court For The Southern District of Texas, Brownsville Division (Filed on May 5th, 2025) and 1 in The United States District Court For The Northern District of Illinois, Eastern Division (Filed on May 12th, 2025). Other plaintiffs have none.

# II. Defendants

1) United States Department of Justice
Mailing address to serve at: 950 Pennsylvania Ave, NW
                              Washington, DC 20530
2) Attorney General of The United States, in their official capacity
Mailing address to serve at: 950 Pennsylvania Ave, NW
                              Washington, DC 20530
3) Bureau of Alcohol, Tobacco, Firearms and Explosives
4) Director, Bureau of Alcohol, Tobacco, Firearms and Explosives, in their official

Footnotes                                                                 Page 3/1

1. Along with The Attorney General and The Director of The Bureau of Alcohol, Tobacco, Firearms and Explosives, we also bring suit against The U.S. Department of Justice and The Bureau of Alcohol, Tobacco, Firearms and Expl

## III. Statement of Claim

We bring forth this lawsuit on behalf of ourselves as a class of citizens and all other similarly situated individuals challenging the Constitutionality of 18 USCS § 922. We are all individuals who are either under indictment for or have been convicted in any court of a crime punishable by imprisonment for a term exceeding one year and hence we make up a group of citizens who are being illegally and unConstitutionally deprived of exercising our Second Amendment rights by virtue of 18 USCS § 922. Because we have directly endured Second Amendment injuries by having our right to keep and bear arms illegally infringed upon by this law, we have established standing to bring this lawsuit against The Attorney General of The United States and The Director of The Bureau of Alcohol, Tobacco, Firearms and Explosives in their official capacities. We cite multiple cases, The Second Amendment's plain text and the dissent of the longest-tenured Supreme Court Justice currently on the bench in making our arguments. The 2nd Amendment to The United States Constitution plainly states, "A well-regulated militia, being necessary to the security of a free state, the right of the people to keep and bear arms, This shall not be infringed." As Justice Clarence Thomas brilliantly pointed out in his scathing dissent in United States vs. Rahimi, Case No. 22-915 on June 21st of last year (2024), "By its terms, the Second Amendment extends to "the people" and that term unambiguously refers to all members of the political community, not an unspecified subset". The Second Amendment thus recognizes a right "guaranteed to 'all Americans'". Since those (turn o

of us who are being unConstitutionally prevented from keeping and bearing arms under 18 USCS § 922 are members of the political community and by extension are a direct part of the group referred to as "the people" in The Second Amendment's plain text, we fall within The Second Amendment's guarantee and hence cannot be prohibited from keeping and bearing arms under 18 USCS § 922 or any other law enacted by Congress that does the same. As Justice Thomas also correctly points out, "The presumption against restrictions on keeping and bearing firearms is a central feature of the Second Amendment. That Amendment does not merely narrow the government's regulatory power. It is a barrier, placing the right to keep and bear arms off limits to the government". This statute is targeting conduct that is encompassed by The Second Amendment's literal plain text. A covered individual under the statute cannot even possess a firearm in his home for self-defense. In our view and by virtue of basic common sense, such a law as this is a threat to public safety and a danger to the safety and well-being of us individuals who are covered under this statute. As Justice Thomas also notes, there is no historical regulation that is relevantly similar to 18 USCS § 922 that can possibly justify it. "In reality, the "law-abiding, dangerous citizen" test is the Government's own creation, designed to justify every one of its existing regulations. It has no doctrinal or constitutional mooring". The statute is also a clear and present violation of our Due Process rights under both the 5th and 14th Amendments. As Justice Thomas further articulates, 18 USCS § 922 "strips an individual of his ability to possess firearms and ammunition without any due process. Rather, the ban is an automatic incontestable consequence of certain orders. There is no hearing, no it

or opportunity to be heard on the statute's applicability, and a cour[t] [n]eed not decide whether a person should be disarmed under this statute". Thus, us covered individuals who are illegally having our righ[t] to keep and bear arms infringed upon by this clearly unConstitution[al] statute have also endured 5th and 14th Amendment injuries by bein[g] deprived of liberty and property without any semblance of Due Process. Ironically, 18 USCS § 922 is the very sort of law and government overreach that our nation's Founders enshrined The Second Amendment into our Constitution to defend the citizenry (the people) against. As Justice Thomas concludes his dissent in United States vs. Rahimi, "The Founders/Framers and ratifying [p]ublic understood "that the right to keep and bear arms was [e]ssential to the preservation of liberty". Yet, in the interest of [e]nsuring the Government can regulate one subset of society, today's [d]ecision puts at risk The Second Amendment rights of many more." In other words, this unConstitutional statute is a slippery slope [t]hat threatens the Constitutional rights and liberties of all Americans. [T]he brilliant Founders of our nation correctly understood that the [g]overnment that governs the least is the best and those who [w]ould willfully surrender their freedoms in the name of safety will [i]nevitably end up with neither. The Second Amendment is perhaps our [C]onstitution's most important one because it protects the people's [r]ights that are guaranteed by all of the other Amendments by [v]esting the people with the power to defend against any tyrannical [g]overnment that would attempt to impede upon those rights - whether [f]oreign or domestic. The Founders of our nation would be appalled [a]nd repulsed by laws such as 18 USCS § 922 that so blatantly [a]nd brazenly oppress the rights of we the people. To many (turn page)

ways, this is a modern-day Jim Crow law. To further emphasize the absurdity of it, under 18 USCS § 922, the current President of The United States, Donald J. Trump, is unable to exercise his right to keep and bear arms because of a questionable, controversial conviction in a politically biased New York state court for the non-violent offense of allegedly falsifying business documents. Surely precluding a duly-elected President from owning and possessing a firearm would be a baffling and laughable concept to our Founders if you take into account the manner in which our nation was founded — They would find it to be absurd. President Trump's situation brings to mind the very real scenario that under 18 USCS § 922, the government can indict any citizen whom it deems to be an enemy for any reason on a charge that is punishable by imprisonment for a term exceeding one year as a means of stripping the targeted citizen from having the ability to defend themselves and their family. Should the individual then choose to defy the statute and exercise their 2nd Amendment right anyway, they can then be indicted and convicted of a felony for the crime of possessing a firearm without even being convicted of an underlying crime — but being ACCUSED of one on trumped-up charges. There is nothing laughable about this — It is downright dangerous, patently absurd and paves the way for flagrant abuses of citizens' Constitutionally guaranteed rights without even a Soviet "show trial" version of due process. We also bring forth two additional cases for the court to consider that support and vindicate our position. The first is New York State Rifle and Pistol Assn., Inc vs. Bruen which is a 2022 case wherein the court held that "A firearm regulation that falls within

it is consistent with the nation's historical tradition of firearm regulation". As Justice Thomas explained regarding 18 USCS § 922 in Rahimi, this statute does in fact violate The Second Amendment's plain text and "Not a single historical regulation justifies the statute at issue" and thus under Bruen, it is also unConstitutional. The Bruen court also rejected the means-end scrutiny approach that has become all too common in courts across our nation as a way of attempting to justify unConstitutional laws. When one defers to the "public safety" argument instead of assessing the Constitutionality of the law by relying on nothing more than the literal text of the Constitution as written then they have lost the argument. Public safety is never a justification for the violation of any American's Constitutional rights. There are no exceptions to Constitutional rights and any court that holds otherwise is betraying its most basic duty to "say what the law is". It is up to the people to protect, police and govern themselves — "protecting the public" is not the government's job and only leads to tyranny and overreach which 18 USCS § 922 clearly demonstrates. The second case we bring forth in support of our claims is District of Columbia vs. Heller, a 2008 case wherein the court held that "The Second Amendment protects an individual right to keep and bear firearms" and the statute at issue in that case quite simply "violates that right by penalizing firearms possession" in Washington, DC — just like 18 USCS § 922 does to the plaintiffs in this lawsuit and all other individuals that are covered under this statute — but on a national level. Thus, under the Heller standard, 18 USCS § 922 violates our Second Amendment right to keep and bear firearms by penalizing firearms possession henceforth making the statute unConstitutional...... turn

We implore this court to do a thorough, in-depth review of the plain text of The 2nd Amendment, the Bruen and Heller court's holdings and standards and Justice Clarence Thomas's landmark dissent in Rahimi when deciding on the merits of our 2nd, 5th and 14th Amendment claims. It is clear that 18 USCS § 922 is clearly unConstitutional and we the plaintiffs in this case as covered individuals under the statute have incurred 2nd Amendment injuries as a result of this illegal deprivation of our right to keep and bear arms as well as 5th and 14th Amendment injuries that result from us being deprived of our freedom to exercise this right and the physical property of the firearms/ammunition themselves without any due process. There has been no law passed in this great nation's nearly 250 year history that comes even close to 18 USCS § 922 that can possibly justify it and we are certain that this court cannot find one. More than just a gun rights case, this case is really about the violation of Americans' God-given Constitutional rights by our government and elected leaders in the name of public safety - which has become frighteningly common in our nation today. Given all of the recent talk about due process and protecting non-existant Constitutional rights of Tren de Aragua gang members and other illegal aliens in courtrooms all across our country, it is our genuine hope that this court will take a different route and take a stand for American citizens whose actual guaranteed rights are being so egregiously trampled on. We are not right-wing extremists. We are freedom-loving Americans of all different stripes who simply wish to peacefully and patriotically exercise our Constitutionally protected right to keep and bear arms and that is all that we are asking this court for: To give us back rights that should have never been stripped from

us in the first place. Anything less is a grave threat to the Constitutional rights of all Americans and our Republic itself. The Constitution is the law of our land and demands relief for us plaintiffs in this case and all other similarly situated individuals. We are therefore proud and honored to bring forth these claims.

"Not only is this law unConstitutional, But it is in blatant disrespect to the people and The Founders of this nation who absolutely believe that these rights are unalienable, for the pursuit of life, liberty and happiness is guaranteed by these Constitutional rights."

## IV. Relief

We ask for the court to appoint counsel to represent us in this matter. We invoke our right to proceed before a United States District Judge and make a demand for a jury of our peers to decide on the merits of our claims. We ask for declaratory judgment in our favor and that we be awarded the following relief:

1) We ask that plaintiffs in this lawsuit and every American citizen who is covered under 18 USCS § 922 be designated as a protected class.

2) We ask for a preliminary injunction enjoining defendants from civilly or criminally prosecuting any member of the protected class under 18 USCS § 922 and immediately releasing any

this statute from imprisonment pending full adjudication and resolution of this case due to our likelihood to succeed on the merits.

3) We seek declaratory judgment in our favor as to the 2nd, 5th and 14th Amendment injuries we have brought forth.

4) We ask that the right to legally purchase and possess firearms and ammunition be immediately restored to plaintiffs in this lawsuit and all members of the protected class covered under 18 USCS § 922.

5) We seek the permanent cessation of any civil or criminal prosecution of any and all members of the protected class under 18 USCS § 922 for any alleged violation of the statute. We ask that the statute be declared unConstitutional and NULL and VOID. We demand the immediate and permanent release from imprisonment of any and all members of the protected class who have been prosecuted under 18 USCS § 922 as well as the immediate and permanent lifting and REMOVAL of all criminal and/or civil penalties and sanctions from all members of the protected class who have been prosecuted under the unlawful statute. We demand that defendants immediately return any and all seized assets including monetary and property to all members of the protected class who have been forced to forfeit such assets as the results of a civil or criminal penalty stemming from their prosecution under 18 USCS § 922. We ask for the foregoing relief in the form of a permanent injunction being placed on defendants once this case has been fully litigated/

class on the merits.

Due to the important Constitutional issues and rights that are at stake in this case, we ask that it be decided on an expedited basis. We believe that the balance of equities in this case clearl[y] tips strongly in favor of us plaintiffs and the protected class and that having a government that respects and abides by the law of the land and honors the Constitutional rights of the people is critica[l] to the public interest and thus this case must be both swiftly and carefully disposed of, accordingly.

We reserve our right to appeal any adverse judgments/rulings to Th[e] 3rd Circuit Court of Appeals and up to The Supreme Court of Th[e] United States, if necessary.

(Signatures on back page)

Signed this 26th day of May, 2025

Joshua A. Hall
(Signature of Plaintiff)

Joseph Smith-Harris
(Signature of Plaintiff)

Eric Weilner
(Signature of Plaintiff)

Aaron Cunagin
(Signature of Plaintiff)

Daniel R___
(Signature of Plaintiff)

Joey Hoffman
(Signature of Plaintiff)

_____
(Signature of Plaintiff)

_____
(Signature of Plaintiff)



NAME: Joshua Hall
D.C.P# 104525
DAUPHIN COUNTY PRISON
501 MALL ROAD
HARRISBURG PA 17111-1299

RECEIVED
HARRISBURG, PA
JUN 02 2025
PER _MA_
DEPUTY CLERK

ATTN: The Clerk of Court
Sylvia H. Rambo U.S. Courthouse
1501 North 6th Street
Harrisburg, PA 17102

HARRISBURG PA 171
28 MAY 2025 PM 2 L