IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSHUA HALL, *et al.*, | : | Civil No. 1:25-CV-00982 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES DEPARTMENT OF JUSTICE, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

# ORDER

**AND NOW**, on this 3rd day of October, 2025, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Claims raised by Plaintiffs Hall, Heilner, Quinones, Dantzler-Harris, Cunagin, and Vandevander are **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1914.

2. Plaintiff Hoffman's application for leave to proceed in *forma pauperis*, Doc. 5, is **GRANTED**.

3. Plaintiff Hoffman shall pay the full filing fee of $350.00, based on the financial information provided in the application to proceed in forma pauperis. The full filing fee shall be paid regardless of the outcome of the litigation.

4. Pursuant to 28 U.S.C. § 1915(b)(1) and (2), the Superintendent/Warden, or other appropriate official at Plaintiff Hoffman's place of confinement is directed to deduct an initial partial filing fee of 20% of the greater of:

    (A) the average monthly deposits in the inmate's prison account for the past six months, or

    (B)  the average monthly balance in the inmate's prison account for the past six months.

5. The initial partial filing fee shall be forwarded to the Clerk of the United States District Court for the Middle District of Pennsylvania, P.O. Box 1148, Scranton, Pennsylvania, 18501-1148, to be credited to the above-captioned docket number.  In each succeeding month, when the amount in the Plaintiff's inmate prison account exceeds $10.00, the Superintendent / Warden, or other proper official, shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Plaintiff Hoffman's prison account until the $350.00 fee is paid.  Each payment shall reference the above-captioned docket number.

6. The Clerk of Court shall send a copy of this Order to the Superintendent/Warden of the institution wherein Plaintiff Hoffman is presently confined.

7. Plaintiff Rivera's application for leave to proceed in *forma pauperis*, Doc. 8, is **GRANTED**.

8. Plaintiff Rivera shall pay the full filing fee of $350.00, based on the financial information provided in the application to proceed in forma pauperis.  The full filing fee shall be paid regardless of the outcome of the litigation.

9. Pursuant to 28 U.S.C. § 1915(b)(1) and (2), the Superintendent/Warden, or other appropriate official at Plaintiff Rivera's place of confinement is directed to deduct an initial partial filing fee of 20% of the greater of:

    (A)  the average monthly deposits in the inmate's prison account for the past six months, or

    (B)  the average monthly balance in the inmate's prison account for the past six months.

10. The initial partial filing fee shall be forwarded to the Clerk of the United States District Court for the Middle District of Pennsylvania, P.O. Box 1148, Scranton, Pennsylvania, 18501-1148, to be credited

to the above-captioned docket number. In each succeeding month, when the amount in the Plaintiff's inmate prison account exceeds $10.00, the Superintendent / Warden, or other proper official, shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Plaintiff Rivera's prison account until the $350.00 fee is paid. Each payment shall reference the above-captioned docket number.

11. The Clerk of Court shall send a copy of this Order to the Superintendent/Warden of the institution wherein Plaintiff Rivera is presently confined.

12. The complaint, Doc. 1, is deemed **FILED**.

13. The complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

14. Plaintiffs request for appointment of counsel and class certification is **DENIED**.

15. Plaintiffs may file an amended complaint by **November 3, 2025**.[1] If no amended complaint is filed, the court will close the case.

> s/Jennifer P. Wilson
> JENNIFER P. WILSON
> United States District Judge
> Middle District of Pennsylvania

---

[1] If a plaintiff does not wish to amend the complaint, he may file a notice stating that he intends to stand on the complaint. If Plaintiff files such notice, the court will enter a final order dismissing the complaint so that an appeal may be filed. *See Weber v. McGrogan*, 939 F.3d 232, 241 (3d Cir. 2019).